SD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Filed Under Seal

(1)

UNITED STATES OF AMERICA : CRIMINAL NO. 08-443

v. : DATE FILED: ______________

THOMAS O. WITTHAUER
PATRICIA A. WITTHAUER
PASQUALE MAZZANTI, a/k/a "Leo,"
ROBIN WESTERLAND
GARY MOYER
CHRISTOPHER SCHWARTZ
DARIN D'AGOSTINO

VIOLATIONS:
21 U.S.C. § 846 (conspiracy to distribute 50 grams or more of methamphetamine (actual) - 1 count)
21 U.S.C. § 846 (attempt to possess with intent to distribute methamphetamine - 1 count)
21 U.S.C. § 841(a)(1) (distribution of methamphetamine - 4 counts)
21 U.S.C. § 841(a)(1) (possession with intent to distribute methamphetamine - 2 counts)
18 U.S.C. § 2 (aiding and abetting)

FILED
JUL 30 2008
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES THAT:

1. From at least on or about April 2006 through on or about November 8, 2006, in Montgomery, Philadelphia and Bucks Counties, in the Eastern District of Pennsylvania, and elsewhere, defendants

THOMAS O. WITTHAUER,
PATRICIA A. WITTHAUER,
PASQUALE MAZZANTI,
a/k/a "Leo,"
ROBIN WESTERLAND,
GARY MOYER, and
CHRISTOPHER SCHWARTZ

conspired and agreed, together and with others known and unknown to the grand jury, to knowingly and intentionally distribute, and possess with intent to distribute, 50 grams or more of

methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

**MANNER AND MEANS**

It was a part of the conspiracy that:

2. Defendants **THOMAS O. WITTHAUER** and his wife, **PATRICIA A. WITTHAUER**, lived in California and acted as the source of supply for the organization.

3. Defendants **CHRISTOPHER SCHWARTZ** and **GARY MOYER** contacted defendants **THOMAS O. WITTHAUER** and **PATRICIA A. WITTHAUER** and ordered methamphetamine, which they paid for with wire transfers of cash to defendants **T. WITTHAUER** and **P. WITTHAUER**.

4. Defendants **THOMAS O. WITTHAUER** and **PATRICIA A. WITTHAUER** used FedEx or United Parcel Service to send packages of methamphetamine to buyers in Montgomery and Bucks Counties, PA.

5. Defendants **GARY MOYER** and **ROBIN WESTERLAND** used **WESTERLAND**'s residence at 105 Middle Road in Dublin, PA to receive packages of methamphetamine that had been shipped by defendants **THOMAS O. WITTHAUER** and **PATRICIA A. WITTHAUER**. Defendants **MOYER** and **CHRISTOPHER SCHWARTZ** went to defendant **WESTERLAND**'s residence and picked up the methamphetamine.

6. Defendants **THOMAS O. WITTHAUER** and **PATRICIA A. WITTHAUER** also shipped packages of methamphetamine to defendant **PASQUALE MAZZANTI**, which defendant **MAZZANTI** then distributed to other customers in Bucks County, PA.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, defendants **THOMAS O. WITTHAUER, PATRICIA A. WITTHAUER, PASQUALE MAZZANTI, a/k/a "Leo," ROBIN WESTERLAND, GARY MOYER,** and **CHRISTOPHER SCHWARTZ** committed the following overt acts, among others, in the Eastern District of Pennsylvania and elsewhere:

1. On or about October 3, 2006, at his residence at 105 Middle Road in Dublin, PA, defendant **ROBIN WESTERLAND** possessed for distribution approximately 238.8 grams of methamphetamine (actual).

2. On or about October 3, 2006, defendants **CHRISTOPHER SCHWARTZ** and **GARY MOYER** traveled to defendant **ROBIN WESTERLAND**'s residence in an attempt to take possession of the approximately 238.8 grams of methamphetamine (actual) from defendant **WESTERLAND**.

3. On or about October 6, 2006, defendants **THOMAS O. WITTHAUER** and **PATRICIA A. WITTHAUER**, in telephone calls with defendant **GARY MOYER**, arranged for the sale of methamphetamine.

4. On or about October 6, 2006, defendants **THOMAS O. WITTHAUER** and **PATRICIA A. WITTHAUER** received a wire transfer of $820 as payment for methamphetamine.

5. On or about October 8, 2006, defendant **THOMAS O. WITTHAUER** advised defendant **GARY MOYER** that defendant **T. WITTHAUER** had sent two envelopes containing methamphetamine, one for defendant **MOYER** and one for defendant **MOYER** to

deliver to "Leo," which was the alias used by defendant **PASQUALE MAZZANTI**. Defendant **T. WITTHAUER** advised defendant **MOYER** to arrange to meet with "Leo" to pick up the envelopes.

6. On or about October 9, 2006, defendant **GARY MOYER** met with defendant **PASQUALE MAZZANTI**. At that meeting, defendant **MAZZANTI** gave defendant **MOYER** two envelopes, one containing approximately 13.9 grams of methamphetamine (actual) and the other approximately 7.3 grams of methamphetamine (actual).

7. On or about October 12, 2006, defendants **THOMAS O. WITTHAUER** and **PATRICIA A. WITTHAUER,** in telephone calls with defendant **GARY MOYER**, arranged for the sale of methamphetamine.

8. On or about October 12, 2006, defendants **THOMAS O. WITTHAUER** and **PATRICIA A. WITTHAUER** received two wire transfers of $866.99 as payment for methamphetamine.

9. On or about October 13, 2006, defendant **THOMAS O. WITTHAUER** shipped approximately 17.6 grams of methamphetamine (actual) to defendant **GARY MOYER** via United Parcel Service.

10. On or about October 16, 2006, the package shipped by defendant **THOMAS O. WITTHAUER** on October 13, 2006, containing approximately 17.6 grams of methamphetamine (actual), arrived at the Horsham, PA United Parcel Service facility.

11. On or about November 2, 2006, defendant **THOMAS O. WITTHAUER,** in telephone calls with defendant **GARY MOYER**, arranged for the sale of methamphetamine.

12. On or about November 2, 2006, defendant **THOMAS O. WITTHAUER** received a wire transfer of $1,600 as payment for methamphetamine.

13. On or about November 6, 2006, defendant **THOMAS O. WITTHAUER** shipped approximately 16.2 grams of methamphetamine (actual) to defendant **GARY MOYER** via United Parcel Service.

14. On or about November 6, 2006, defendant **THOMAS O. WITTHAUER** shipped a package containing approximately 16.2 grams of methamphetamine (actual) to the Eastern District of Pennsylvania, via United Parcel Service.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 3, 2006, in Dublin, in the Eastern District of Pennsylvania, defendant

**ROBIN WESTERLAND**

knowingly and intentionally possessed with intent to distribute 50 grams or more, that is, approximately 238.8 grams, of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 3, 2006, in Dublin, in the Eastern District of Pennsylvania, defendants

**CHRISTOPHER SCHWARTZ and
GARY MOYER**

knowingly and intentionally attempted to possess with intent to distribute, and aided and abetted the attempt to possess with intent to distribute of, 50 grams or more, that is, approximately 238.8 grams, of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

All in violation of Title 21, United States Code, Section 846.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 8, 2006, in Langhorne, in the Eastern District of Pennsylvania, and elsewhere, defendants

**THOMAS O. WITTHAUER and**
**PATRICIA A. WITTHAUER**

knowingly and intentionally distributed, and aided and abetted the distribution of, 5 grams or more, that is, approximately 21.2 grams, of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 9, 2006, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**PASQUALE MAZZANTI,**
**a/k/a "Leo,"**

knowingly and intentionally distributed 5 grams or more, that is, approximately 21.2 grams, of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 16, 2006, in Horsham, in the Eastern District of Pennsylvania, and elsewhere, defendants

**THOMAS O. WITTHAUER and**
**PATRICIA A. WITTHAUER**

knowingly and intentionally distributed, and aided and abetted the distribution of, 5 grams or more, that is, approximately 17.6 grams, of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and Title 18, United States Code, Section 2.

**COUNT SEVEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 8, 2006, in Dublin, in the Eastern District of Pennsylvania, and elsewhere, defendant

**THOMAS O. WITTHAUER**

knowingly and intentionally distributed 5 grams or more, that is, approximately 16.2 grams, of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 10, 2006, in Dublin, in the Eastern District of Pennsylvania, and elsewhere, defendant

**DARIN D'AGOSTINO**

knowingly and intentionally possessed with intent to distribute 5 grams or more, that is, approximately 7.3 grams, of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

**LAURIE MAGID**
**ACTING UNITED STATES ATTORNEY**

No. ____________

UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

Filed Under Seal

THE UNITED STATES OF AMERICA

vs.

THOMAS O. WITTHAUER
PATRICIA A. WITTHAUER
PASQUALE MAZZANTI, a/k/a "Leo"
GARY MOYER
CHRISTOPHER SCHWARTZ
DARIN D'AGOSTINO

INDICTMENT

Counts
21 U.S.C. § 846 (conspiracy to distribute 50 grams or more of methamphetamine - 1 count)
21 U.S.C. § 846 (attempt to possess with intent to distribute methamphetamine - 1 count)
21 U.S.C. § 841(a)(1) (distribution of methamphetamine - 4 counts)
21 U.S.C. § 841(a)(1) (possession with intent to distribute methamphetamine - 2 counts)
18 U.S.C.§ 2 (aiding and abetting)

A true bill.

____________________
Foreman

Filed in open court this 30th day,

of July A.D. 20 08

____________________
Clerk

Bail, $ __________

____________________